UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Sanjeev Lath

    v.                                     Case No. 20-cv-1018-JL

Pennymac Loan Services, LLC

## ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated February 2, 2021.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Date: March 1, 2021

cc:   Sanjeev Lath, pro se
       Kevin P. Polansky, Esq.